IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM CHRISTOPHER SCHROCK, ET AL.**                                **PLAINTIFFS**

**V.**                              **CASE NO. 4:11CV00411 JMM**

**PNC BANK, ET AL.**                                            **DEFENDANTS**

## JUDGEMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiff's complaint is dismissed.

**IT IS SO ORDERED THIS  7   day of  July   , 2011.**

_____
**James M. Moody**
**United States District Judge**